UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00133-JDP |
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| AARON R. KROENING, | ) ) | DATE: April 13, 2021 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00133-JDP is GRANTED.

It is further ordered that the initial appearance scheduled on April 13, 2021, is vacated.

IT IS SO ORDERED.

Dated: April 5, 2021

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge